Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 18−20422−JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly Bullock  
304 Monument Avenue  
National Park, NJ 08063

Theodore Bullock  
304 Monument Avenue  
National Park, NJ 08063

Social Security No.:  
xxx−xx−3688

xxx−xx−4152

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:  
   Debtor and Joint Debtor was entered on June 8, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 8, 2018  
JAN: cmf

Jeanne Naughton  
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Kimberly Bullock
Theodore Bullock
    Debtors

Case No. 18-20422-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 08, 2018
                        Form ID: 148    Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2018.

```
db/jdb         +Kimberly Bullock,    Theodore Bullock,    304 Monument Avenue,    National Park, NJ 08063-1126
517548818       AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
517548819       ARS Account Resolution,    1801 NW 66th Ave, Ste 200,    Plantation, FL 33313-4571
517548820      +ARS Account Resolution,    1643 Harrison Pkwy, Ste 1,    Sunrise, FL 33323-2857
517578738       AT&T,   c/o ERC,    PO Box 23870,    Jacksonville, FL  32241-3870
517548821       Avon Products,    Attn: LTD Financial Serv,    7322 Southwest Fwy, Ste 1600,
                 Houston, TX 77074-2134
517548822      +Borough of National Park,    7 S. Grove Ave.,    National Park, NJ 08063-1599
517578735      +Carrington Mortgage,    c/o KML Law Group,    216 Haddon Avenue,    Collingswood, NJ 08108-1120
517548826       Cty of Glouc, Wage Garnishment Unit,    PO Box 376,    Woodbury, NJ 08096-7376
517578736      +Deutsche Bank National Trust,    1761 East Saint Andrew Place,    Santa Ana, CA 92705-4934
517572650      +Deutsche Bank National Trust Company,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517578740      +Dr. Leonards/Carol Wright,    1515 S. 21st Street,    Clinton, IA 52732-6676
517548832      +ERC,   1515 S. 21st Street,    Clinton, IA 52732-6676
517548829       Elab Consulting Services, Inc.,    PO Box 161445,    Atlanta, GA 30321-1445
517548828       Elab Consulting Services, Inc.,    PO Box 11407,    Birmingham, AL 35202-1407
517548830       Emerg Care Services of NJ,    3585 Ridge Park Dr.,    Fairlawn, OH 44333-8203
517548831       Emrg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517548833      +Evesham Veterinary Clinic,    800 Route 73 South,    Marlton, NJ 08053-9649
517548835      +Financial Recoveries,    200 E. Park Dr., Ste 100,    Mt. Laurel, NJ 08054-1297
517548834      +Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
517548838      +Geico Indemnity Company,    One Geico Plaza,    Bethesda MD 20811-0002
517548839       Giant Fitness,    880 Mantua Pike,    PO Box 264,    Taylor, PA 18517-0264
517578742      +Medtox Scientific,    c/o Stevens Business Service,    92 Bolt Street, Suite 1,    PO Box 1223,
                 Lowell, MA 01853-1223
517578744      +Monarch Recovery Management,    PO Box 986,    Bensalem, PA 19020-0986
517548844       PSE&G,   PO Box 1444,    New Brunswick, NJ 08903-1444
517547540      +PSEG,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
517578745      +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
517548841       Planet Fitness,    700 Crescent Blvd.,    Brooklawn, NJ 08030-2797
517548842       Pressler & Pressler,    16 Wing Dr., 2nd Fl,    Cedar Knolls, NJ 07927-1007
517548845       RA Pain Assoc.,    PO Box 95000,    Philadelphia, PA 19195-0001
517548846       SKO Brenner American,    PO Box 230,    Farmingdale, NY 11735-0230
517548847       South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
517548848       Springfield Financial,    814 White Horse Pike,    Oaklyn, NJ 08107-1266
517578747      +State of NJ Surcharge Violation,    PO Box 1502,    Moorestown, NJ 08057-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:14     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517578737      +EDI: RMCB.COM Jun 09 2018 03:08:00      American Medical Collections Agency,
                 4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
517548827       EDI: CBCSI.COM Jun 09 2018 03:08:00      CBCS,    PO Box 163250,    Columbus, OH 43216-3250
517548823       E-mail/Text: clientrep@capitalcollects.com Jun 08 2018 23:30:29     Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
517548824       E-mail/Text: cms-bk@cms-collect.com Jun 08 2018 23:28:55     Capital Management Services, LP,
                 698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
517548825      +E-mail/Text: cms-bk@cms-collect.com Jun 08 2018 23:28:55     Capital Management Services, LP,
                 726 Exchange St. Ste 700,    Buffalo, NY 14210-1464,    Carmen M. Morina 14210-1464
517578739      +EDI: RCSFNBMARIN.COM Jun 09 2018 03:08:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
517548836       EDI: BLUESTEM Jun 09 2018 03:08:00      Fingerhut,    6250 Ridgewood Rd.,
                 St Cloud, MN 56303-0820
517548837      +EDI: AMINFOFP.COM Jun 09 2018 03:08:00      First Premiere Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4824
517578741      +EDI: CBSKOHLS.COM Jun 09 2018 03:08:00      Kohls Department Store,    PO Box 3115,
                 Milwaukee, WI 53201-3115
517578743      +EDI: MID8.COM Jun 09 2018 03:08:00      Midland Credit Mgmt., Inc.,    2365 Northside Drive,
                 San Diego, CA 92108-2709
517548843       E-mail/Text: bankruptcy@pseg.com Jun 08 2018 23:28:24     PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
517578746      +E-mail/Text: admin@paypps.com Jun 08 2018 23:30:04     Professional Placement Services,
                 PO Box 612,    Milwaukee, WI 53201-0612
517548849       EDI: AGFINANCE.COM Jun 09 2018 03:08:00      Springleaf Financial,    PO Box 3251,
                 Evansville, IN 47731
517548817       EDI: AGFINANCE.COM Jun 09 2018 03:08:00      American General Finan,    1358 Hooper Ave,
                 Toms River, NJ 08753-2882
                                                                                              TOTAL: 16
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Jun 08, 2018
                              Form ID: 148             Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517548850       State of New Jersey,    Surcharge Violation System
517548840       ##Personal Service Insurance,   1000 River Rd., Ste 300,    Conshohocken, PA 19428-2440
                                                                         TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2018 at the address(es) listed below:
```
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Mark W Ford    on behalf of Joint Debtor Theodore  Bullock markfordlaw@juno.com
              Mark W Ford    on behalf of Debtor Kimberly  Bullock markfordlaw@juno.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```