| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In re:<br><br>KIMBERLY and THEODORE BULLOCK,<br><br>                                  Debtors. |

**Order Filed on July 3, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-20422(JNP)

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

## ORDER DENYING MOTION TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 3, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:  Kimberly and Theodore Bullock
Case No. 18-20422
Order Denying Motion to Continue Automatic Stay

---

Upon consideration of the Debtors' Motion for Continuation of Automatic Stay (the "Motion"), the Court noting that the deadline for the Debtors to obtain an order for extension of the stay by Motion was June 22, 2018, it is hereby ORDERED that:

1. The Motion is DENIED.

2. Nothing herein bars the Debtors from seeking imposition of a stay pursuant to Fed. R. Bankr. P. 7001.