| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In re:<br><br>KIMBERLY and THEODORE BULLOCK,<br><br>           Debtors. |



Order Filed on July 3, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-20422(JNP)

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

## ORDER DENYING MOTION TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 3, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:   Kimberly and Theodore Bullock
         Case No. 18-20422
         Order Denying Motion to Continue Automatic Stay

---

Upon consideration of the Debtors' Motion for Continuation of Automatic Stay (the "Motion"), the Court noting that the deadline for the Debtors to obtain an order for extension of the stay by Motion was June 22, 2018, it is hereby ORDERED that:

1.  The Motion is DENIED.

2.  Nothing herein bars the Debtors from seeking imposition of a stay pursuant to Fed. R. Bankr. P. 7001.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberly Bullock  
Theodore Bullock  
       Debtors

Case No. 18-20422-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 03, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.  
db/jdb       +Kimberly Bullock,    Theodore Bullock,    304 Monument Avenue,    National Park, NJ 08063-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:

         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Mark W Ford     on behalf of Joint Debtor Theodore  Bullock markfordlaw@juno.com  
         Mark W Ford     on behalf of Debtor Kimberly  Bullock markfordlaw@juno.com  
         Rebecca Ann Solarz     on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture  
         Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                TOTAL: 5