UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**Order Filed on August 1, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

KIMBERLY & THEODORE BULLOCK

Case No. 18-20422 (JNP)

Judge: Jerrold N. Poslusny, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 1, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Kimberly & Theodore Bullock
Case No. 18-20422 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 18-20422 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for Chapter 13 bankruptcy protection for a period of 180 days from the date of dismissal of Debtor's case.


/s/ *Mark W. Ford*                                                              07/26/18
Mark W. Ford                                                                        Date
Debtor's Attorney


/s/ *Isabel C. Balboa*                                                          07/30/18
Isabel C. Balboa                                                                   Date
Chapter 13 Standing Trustee