

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Deutsche Bank National Trust Company, as Indenture
Trustee, for New Century Home Equity Loan Trust 2005-
2

**Order Filed on October 30, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Kimberly Bullock, Theodore Bullock

Debtors.

Case No.: <u>18-20422 JNP</u>

Adv. No.:

Hearing Date: 10/16/18 @ 10:00 a.m..

Judge: <u>Jerrold N. Poslusny, Jr.</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: October 30, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Kimberly Bullock, Theodore Bullock
Case No:  18-20422 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 304 Monument Avenue, National Park, NJ, 08063, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Mark W. Ford, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 17, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due June 2018 through October 2018 for a total post-petition default of $3,194.90 (5 @ $638.98); and

It is further **ORDERED, ADJUDGED and DECREED** that a payment of $957.47 will be made immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,237.43 shall be added to the affidavit of amount due and paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume November 1, 2018, directly to Secured Creditor's servicer, Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92806 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Kimberly Bullock, Theodore Bullock
Case No:  18-20422 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief

is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-20422-JNP
Kimberly Bullock                                                    Chapter 13
Theodore Bullock
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 30, 2018
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db/jdb        +Kimberly Bullock,   Theodore Bullock,   304 Monument Avenue,   National Park, NJ 08063-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Mark W Ford    on behalf of Debtor Kimberly  Bullock markfordlaw@juno.com
          Mark W Ford    on behalf of Joint Debtor Theodore  Bullock markfordlaw@juno.com
          Rebecca Ann Solarz    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 8