Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 18−20422−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kimberly Bullock                          Theodore Bullock
   aka Kimberly J. Bullock                aka Theodore F. Bullock III
   304 Monument Avenue               304 Monument Avenue
   National Park, NJ 08063              National Park, NJ 08063

Social Security No.:
   xxx−xx−3688                                  xxx−xx−4152

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 11, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 11, 2018
JAN: kvr

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-20422-JNP
Kimberly Bullock                                                      Chapter 13
Theodore Bullock
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Dec 11, 2018
                              Form ID: 148             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
```
db/jdb         +Kimberly Bullock,    Theodore Bullock,    304 Monument Avenue,    National Park, NJ 08063-1126
517548818       AR Resources, Inc.,    PO Box 1056,   Blue Bell, PA 19422-0287
517548820      +ARS Account Resolution,    1643 Harrison Pkwy, Ste 1,    Sunrise, FL 33323-2857
517548819      +ARS Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
517578738       AT&T,   c/o ERC,    PO Box 23870,   Jacksonville, FL 32241-3870
517548821      +Avon Products,    3930 N. Fifth Street,    Philadelphia, PA 19140-3303
517548822      +Borough of National Park,    7 S. Grove Ave.,    National Park, NJ 08063-1599
517583514      +Borough of National Park,    PO Box 262,    National Park, NJ 08063-0262
517639536      +Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
517548827      +CBCS,   800 Main Street,    Dubuque, IA 52001-6822
517578735      +Carrington Mortgage,    c/o KML Law Group,    216 Haddon Avenue,    Collingswood, NJ 08108-1120
517739297      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517548826       Cty of Glouc, Wage Garnishment Unit,    PO Box 376,    Woodbury, NJ 08096-7376
517578736      +Deutsche Bank National Trust,    1761 East Saint Andrew Place,    Santa Ana, CA 92705-4934
517572650      +Deutsche Bank National Trust Company,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517548832      +ERC,   1515 S. 21st Street,    Clinton, IA 52732-6676
517548828       Elab Consulting Services, Inc.,    5009 Roswell Road,    Sandy Springs, GA  30342-2223
517548829       Elab Consulting Services, Inc.,    PO Box 161445,    Atlanta, GA 30321-1445
517548830       Emerg Care Services of NJ,    3585 Ridge Park Dr.,    Fairlawn, OH 44333-8203
517548831       Emrg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517548833      +Evesham Veterinary Clinic,    800 Route 73 South,    Marlton, NJ 08053-9649
517548835      +Financial Recoveries,    200 E. Park Dr., Ste 100,    Mt. Laurel, NJ 08054-1297
517548834      +Financial Recoveries,    PO Box 1388,   Mt. Laurel, NJ 08054-7388
517548838      +Geico Indemnity Company,    One Geico Plaza,    Bethesda MD 20811-0002
517548839      +Giant Fitness,    880 Mantua Pike,   PO Box 264,    Taylor, PA 18517-0264
517578742      +Medtox Scientific,    c/o Stevens Business Service,    92 Bolt Street, Suite 1,    PO Box 1223,
                 Lowell, MA 01853-1223
517578744      +Monarch Recovery Management,    PO Box 986,    Bensalem, PA 19020-0986
517876063      +NJSVS, Bankruptcy Unit,    PO Box 136,    Trenton, NJ 08666-0136
517645778      +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany  NJ 07054-5020
517548844       PSE&G,   PO Box 1444,   New Brunswick, NJ 08903-1444
517547540      +PSEG,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
517578745      +Paypal Credit,    PO Box 5138,   Lutherville Timonium, MD 21094-5138
517548840      +Personal Service Insurance,    10000 Midlantic Drive,    Suite 403 W,    Mt. Laurel, NJ 08054-1534
517548841       Planet Fitness,    700 Crescent Blvd.,    Brooklawn, NJ 08030-2797
517548842      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517548845      +RA Pain Assoc.,    15000 Midlantic Drive,    Suite 102,   Mount Laurel, NJ 08054-1573
517548846       SKO Brenner American,    PO Box 230,    Farmingdale, NY 11735-0230
517548847      +South Jersey Radiology,    158 Route 73,    Voorhees, NJ 08043-9539
517548848       Springfield Financial,    814 White Horse Pike,    Oaklyn, NJ 08107-1266
517578747      +State of NJ Surcharge Violation,    PO Box 1502,    Moorestown, NJ 08057-9704
517548850       State of New Jersey,    Surcharge Violation System,    PO Box 1502,    Moorestown, NJ  08057-9704
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2018 00:26:21     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 00:26:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517578737      +EDI: RMCB.COM Dec 12 2018 05:04:00      American Medical Collections Agency,
                 4 Westchester Plaza,   Suite 110,    Elmsford, NY 10523-1615
517548823       E-mail/Text: clientrep@capitalcollects.com Dec 12 2018 00:27:26     Capital Collection Service,
                 PO Box 150,   West Berlin, NJ 08091-0150
517548824       E-mail/Text: cms-bk@cms-collect.com Dec 12 2018 00:25:50     Capital Management Services, LP,
                 698 1/2 S. Ogden St.,   Buffalo, NY 14206-2317
517548825      +E-mail/Text: cms-bk@cms-collect.com Dec 12 2018 00:25:50     Capital Management Services, LP,
                 726 Exchange St. Ste 700,    Buffalo, NY 14210-1464,   Carmen M. Morina 14210-1464
517578739      +EDI: RCSFNBMARIN.COM Dec 12 2018 05:05:00      Credit One Bank,   PO Box 60500,
                 City of Industry, CA 91716-0500
517578740      +EDI: CBSAMERIMARK Dec 12 2018 05:06:00      Dr. Leonards/Carol Wright,   1515 S. 21st Street,
                 Clinton, IA 52732-6676
517548836       EDI: BLUESTEM Dec 12 2018 05:09:00      Fingerhut,   6250 Ridgewood Rd.,
                 St Cloud, MN 56303-0820
517548837      +EDI: AMINFOFP.COM Dec 12 2018 05:05:00      First Premiere Bank,   601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4824
517578741      +EDI: CBSKOHLS.COM Dec 12 2018 05:05:00      Kohls Department Store,   PO Box 3115,
                 Milwaukee, WI 53201-3115
517688839       EDI: RESURGENT.COM Dec 12 2018 05:05:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Dec 11, 2018
                              Form ID: 148             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517578743       +EDI: MID8.COM Dec 12 2018 05:05:00      Midland Credit Mgmt., Inc.,    2365 Northside Drive,
                 San Diego, CA 92108-2709
517692997       +EDI: MID8.COM Dec 12 2018 05:05:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517548843        E-mail/Text: bankruptcy@pseg.com Dec 12 2018 00:25:17       PSE&G,    PO Box 490,
                 Cranford, NJ 07016-0490
517804761       +E-mail/Text: bankruptcy@pseg.com Dec 12 2018 00:25:17       PSE&G,    Attn: Bankruptcy Dept.,
                 PO Box 490,    Cranford NJ 07016-0490
517578746       +E-mail/Text: admin@paypps.com Dec 12 2018 00:26:59       Professional Placement Services,
                 PO Box 612,    Milwaukee, WI 53201-0612
517548849        EDI: AGFINANCE.COM Dec 12 2018 05:03:00      Springleaf Financial,    PO Box 3251,
                 Evansville, IN 47731
517548817        EDI: AGFINANCE.COM Dec 12 2018 05:03:00      American General Finan,    1358 Hooper Ave,
                 Toms River, NJ 08753-2882
517734147       +E-mail/Text: bncmail@w-legal.com Dec 12 2018 00:26:30       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Mark W Ford    on behalf of Joint Debtor Theodore   Bullock markfordlaw@juno.com
              Mark W Ford    on behalf of Debtor Kimberly   Bullock markfordlaw@juno.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```