Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

Case No.:  18–20422–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kimberly Bullock | Theodore Bullock |
| aka Kimberly J. Bullock | aka Theodore F. Bullock III |
| 304 Monument Avenue | 304 Monument Avenue |
| National Park, NJ 08063 | National Park, NJ 08063 |

Social Security No.:
    xxx–xx–3688                              xxx–xx–4152

Employer's Tax I.D. No.:

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                3/6/19
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 5, 2019
JAN: kvr

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Kimberly Bullock
Theodore Bullock
        Debtors

Case No. 18-20422-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Feb 05, 2019
                           Form ID: 132        Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
```
db/jdb        +Kimberly Bullock,    Theodore Bullock,    304 Monument Avenue,    National Park, NJ 08063-1126
517548818     +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
517548820     +ARS Account Resolution,    1643 Harrison Pkwy, Ste 1,    Sunrise, FL 33323-2857
517548819     +ARS Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
517578738     AT&T,    c/o ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517548821     +Avon Products,    3930 N. Fifth Street,    Philadelphia, PA 19140-3303
517548822     +Borough of National Park,    7 S. Grove Ave.,    National Park, NJ 08063-1599
517583514     +Borough of National Park,    PO Box 262,    National Park, NJ 08063-0262
517639536     +Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
517548827     +CBCS,    800 Main Street,    Dubuque, IA 52001-6822
517578735     +Carrington Mortgage,    c/o KML Law Group,    216 Haddon Avenue,    Collingswood, NJ 08108-1120
517739297     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517548826     +Cty of Glouc, Wage Garnishment Unit,    PO Box 376,    Woodbury, NJ 08096-7376
517578736     +Deutsche Bank National Trust,    1761 East Saint Andrew Place,    Santa Ana, CA 92705-4934
517572650     +Deutsche Bank National Trust Company,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                Westmont, NJ 08108-2812
517548832     +ERC,    1515 S. 21st Street,    Clinton, IA 52732-6676
517548828     Elab Consulting Services, Inc.,    5009 Roswell Road,    Sandy Springs, GA 30342-2223
517548829     Elab Consulting Services, Inc.,    PO Box 161445,    Atlanta, GA 30321-1445
517548830     Emerg Care Services of NJ,    3585 Ridge Park Dr.,    Fairlawn, OH 44333-8203
517548831     Emrg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517548833     +Evesham Veterinary Clinic,    800 Route 73 South,    Marlton, NJ 08053-9649
517548835     +Financial Recoveries,    200 E. Park Dr., Ste 100,    Mt. Laurel, NJ 08054-1297
517548834     +Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
517548837     +First Premiere Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4824
517548838     +Geico Indemnity Company,    One Geico Plaza,    Bethesda MD 20811-0002
517548839     Giant Fitness,    880 Mantua Pike,    PO Box 264,    Taylor, PA 18517-0264
517578742     +Medtox Scientific,    c/o Stevens Business Service,    92 Bolt Street, Suite 1,    PO Box 1223,
                Lowell, MA 01853-1223
517578744     +Monarch Recovery Management,    PO Box 986,    Bensalem, PA 19020-0986
517876063     +NJSVS, Bankruptcy Unit,    PO Box 136,    Trenton, NJ 08666-0136
517645778     +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                Parsippany NJ 07054-5020
517548844     PSE&G,    PO Box 1444,    New Brunswick, NJ 08903-1444
517547540     +PSEG,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517578745     +Paypal Credit,    PO Box 5138,    Lutherville Timonium, MD 21094-5138
517548840     +Personal Service Insurance,    10000 Midlantic Drive,    Suite 403 W,    Mt. Laurel, NJ 08054-1534
517548841     Planet Fitness,    700 Crescent Blvd.,    Brooklawn, NJ 08030-2797
517548842     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517548845     +RA Pain Assoc.,    15000 Midlantic Drive,    Suite 102,    Mount Laurel, NJ 08054-1573
517548846     SKO Brenner American,    PO Box 230,    Farmingdale, NY 11735-0230
517548847     +South Jersey Radiology,    158 Route 73,    Voorhees, NJ 08043-9539
517578747     +State of NJ Surcharge Violation,    PO Box 1502,    Moorestown, NJ 08057-9704
517548850     State of New Jersey,    Surcharge Violation System,    PO Box 1502,    Moorestown, NJ  08057-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2019 23:56:54     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:51     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517578737     +E-mail/Text: bkrpt@retrievalmasters.com Feb 05 2019 23:56:50
                American Medical Collections Agency,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
517548823     E-mail/Text: clientrep@capitalcollects.com Feb 05 2019 23:58:01     Capital Collection Service,
                PO Box 150,    West Berlin, NJ 08091-0150
517548824     E-mail/Text: cms-bk@cms-collect.com Feb 05 2019 23:56:16     Capital Management Services, LP,
                698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
517548825     +E-mail/Text: cms-bk@cms-collect.com Feb 05 2019 23:56:16     Capital Management Services, LP,
                726 Exchange St. Ste 700,    Buffalo, NY 14210-1464,    Carmen M. Morina 14210-1464
517578739     +E-mail/PDF: creditonebknotifications@resurgent.com Feb 05 2019 23:59:01     Credit One Bank,
                PO Box 60500,    City of Industry, CA 91716-0500
517578740     +E-mail/Text: bankruptcy@sccompanies.com Feb 05 2019 23:55:35     Dr. Leonards/Carol Wright,
                1515 S. 21st Street,    Clinton, IA 52732-6676
517548836     E-mail/Text: bnc-bluestem@quantum3group.com Feb 05 2019 23:57:29     Fingerhut,
                6250 Ridgewood Rd.,    St Cloud, MN 56303-0820
517578741     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 05 2019 23:55:53     Kohls Department Store,
                PO Box 3115,    Milwaukee, WI 53201-3115
517688839     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2019 00:00:06
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517578743     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2019 23:56:50     Midland Credit Mgmt., Inc.,
                2365 Northside Drive,    San Diego, CA 92108-2709
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 05, 2019
                              Form ID: 132             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517692997      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2019 23:56:50      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517548843       E-mail/Text: bankruptcy@pseg.com Feb 05 2019 23:55:41      PSE&G,    PO Box 490,
                Cranford, NJ 07016-0490
517804761      +E-mail/Text: bankruptcy@pseg.com Feb 05 2019 23:55:41      PSE&G,    Attn: Bankruptcy Dept.,
                PO Box 490,    Cranford NJ 07016-0490
517578746      +E-mail/Text: admin@paypps.com Feb 05 2019 23:57:31      Professional Placement Services,
                PO Box 612,    Milwaukee, WI 53201-0612
517548849       E-mail/PDF: cbp@onemainfinancial.com Feb 06 2019 00:00:37      Springleaf Financial,
                PO Box 3251,    Evansville, IN 47731
517548817       E-mail/PDF: cbp@onemainfinancial.com Feb 05 2019 23:58:36      American General Finan,
                1358 Hooper Ave,    Toms River, NJ 08753-2882
517734147      +E-mail/Text: bncmail@w-legal.com Feb 05 2019 23:57:01      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517548848       E-mail/PDF: cbp@onemainfinancial.com Feb 06 2019 00:00:37      Springfield Financial,
                814 White Horse Pike,    Oaklyn, NJ 08107-1266
                                                                               TOTAL: 20

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Mark W Ford    on behalf of Joint Debtor Theodore  Bullock markfordlaw@juno.com
              Mark W Ford    on behalf of Debtor Kimberly  Bullock markfordlaw@juno.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 8
```