| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:   Kimberly and Theodore Bullock | Case Number:    18-20422<br><br>Judge:    Jerrold N. Poslusny<br><br>Chapter:    13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or xx CERTIFICATION OF DEFAULT TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtors in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.      Creditors Certification of Default

    By .    Deutsche Bank National Trust Company,

A hearing has been scheduled for,

OR

Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for.

I am requesting a hearing be scheduled on this matter.

OR

Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

☒ We will be applying for a loan modification and will make other arrangements to make payments on the mortgage.

This certification is being made in an effort to resolve the issues raised by the creditor in its Certification of Default.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: 8/30/2019        /s/ Theodore Bullock

Date: 8/0/2019         /s/Kimberly Bullock

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**