Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–20422–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly Bullock
aka Kimberly J. Bullock
304 Monument Avenue
National Park, NJ 08063

Theodore Bullock
aka Theodore F. Bullock III
304 Monument Avenue
National Park, NJ 08063

Social Security No.:
xxx–xx–3688

xxx–xx–4152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             October 1, 2019
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*107* – Certification in Opposition to Creditors Certification of Default (related document:106 Creditor's Certification of Default (related document:77 Motion for Relief from Stay re: 304 Monument Avenue, National Park NJ 08063. Fee Amount $ 181. filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005–2, 83 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005–2. Objection deadline is 09/3/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate of Post–Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005–2) filed by Mark W Ford on behalf of Kimberly Bullock, Theodore Bullock. (Ford, Mark)

and transact such other business as may properly come before the meeting.

Dated: September 4, 2019
JAN: eag

Jeanne Naughton
Clerk