Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20422−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly Bullock
aka Kimberly J. Bullock
304 Monument Avenue
National Park, NJ 08063

Theodore Bullock
aka Theodore F. Bullock III
304 Monument Avenue
National Park, NJ 08063

Social Security No.:
xxx−xx−3688                              xxx−xx−4152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             October 1, 2019
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*107* − Certification in Opposition to Creditors Certification of Default (related document:106 Creditor's Certification of Default (related document:77 Motion for Relief from Stay re: 304 Monument Avenue, National Park NJ 08063. Fee Amount $ 181. filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005−2, 83 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005−2. Objection deadline is 09/3/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate of Post−Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005−2) filed by Mark W Ford on behalf of Kimberly Bullock, Theodore Bullock. (Ford, Mark)

and transact such other business as may properly come before the meeting.

Dated: September 4, 2019
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-20422-JNP
Kimberly Bullock                                                             Chapter 13
Theodore Bullock
              Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Sep 04, 2019
                                Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db/jdb         +Kimberly Bullock,   Theodore Bullock,   304 Monument Avenue,   National Park, NJ 08063-1126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Mark W Ford    on behalf of Debtor Kimberly  Bullock markfordlaw@juno.com
              Mark W Ford    on behalf of Joint Debtor Theodore  Bullock markfordlaw@juno.com
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8