Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  18–20422–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kimberly Bullock | Theodore Bullock |
| aka Kimberly J. Bullock | aka Theodore F. Bullock III |
| 304 Monument Avenue | 304 Monument Avenue |
| National Park, NJ 08063 | National Park, NJ 08063 |

Social Security No.:
   xxx–xx–3688                              xxx–xx–4152

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              1/8/20
Time:              10:00 AM
Location:              4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 18, 2019
JAN: kvr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20422-JNP
Kimberly Bullock                                                          Chapter 13
Theodore Bullock
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Nov 18, 2019
                             Form ID: 132          Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
```
db/jdb          +Kimberly Bullock,    Theodore Bullock,    304 Monument Avenue,    National Park, NJ 08063-1126
517548818       +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
517548820       +ARS Account Resolution,    1643 Harrison Pkwy, Ste 1,    Sunrise, FL 33323-2857
517548819       +ARS Account Resolution,    PO Box 459079,    Sunrise, FL 33345-9079
517548821       +Avon Products,    3930 N. Fifth Street,    Philadelphia, PA 19140-3303
517548822       +Borough of National Park,    7 S. Grove Ave.,    National Park, NJ 08063-1599
517583514       +Borough of National Park,    PO Box 262,    National Park, NJ 08063-0262
517548827       +CBCS,    800 Main Street,    Dubuque, IA 52001-6822
518132238       +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
517578735       +Carrington Mortgage,    c/o KML Law Group,    216 Haddon Avenue,    Collingswood, NJ 08108-1120
517739297       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517548826        Cty of Glouc, Wage Garnishment Unit,    PO Box 376,    Woodbury, NJ 08096-7376
517578736       +Deutsche Bank National Trust,    1761 East Saint Andrew Place,    Santa Ana, CA 92705-4934
517572650       +Deutsche Bank National Trust Company,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517548832       +ERC,    1515 S. 21st Street,    Clinton, IA 52732-6676
517548828       +Elab Consulting Services, Inc.,    5009 Roswell Road,    Sandy Springs, GA 30342-2205
517548829        Elab Consulting Services, Inc.,    PO Box 161445,    Atlanta, GA 30321-1445
517548830        Emerg Care Services of NJ,    3585 Ridge Park Dr.,    Fairlawn, OH 44333-8203
517548831        Emrg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517548833       +Evesham Veterinary Clinic,    800 Route 73 South,    Marlton, NJ 08053-9649
517548834       +Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
517548835       +Financial Recoveries,    200 E. Park Dr., Ste 100,    Mt. Laurel, NJ 08054-1297
517548837       +First Premiere Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4824
517548838       +Geico Indemnity Company,    One Geico Plaza,    Bethesda MD 20811-0002
517548839        Giant Fitness,    880 Mantua Pike,    PO Box 264,    Taylor, PA 18517-0264
517578742       +Medtox Scientific,    c/o Stevens Business Service,    92 Bolt Street, Suite 1,    PO Box 1223,
                 Lowell, MA 01853-1223
517578744       +Monarch Recovery Management,    PO Box 986,    Bensalem, PA 19020-0986
517876063       +NJSVS, Bankruptcy Unit,    PO Box 136,    Trenton, NJ 08666-0136
517645778       +New Century Financial Services, Inc.,    c/o Pressler, Felt & Warshaw,LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517548844        PSE&G,    PO Box 1444,    New Brunswick, NJ 08903-1444
517547540       +PSEG,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
517548840       +Personal Service Insurance,    10000 Midlantic Drive,    Suite 403 W,    Mt. Laurel, NJ 08054-1534
517548841       +Planet Fitness,    700 Crescent Blvd.,    Brooklawn, NJ 08030-2797
517548842       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517548845       +RA Pain Assoc.,    15000 Midlantic Drive,    Suite 102,    Mount Laurel, NJ 08054-1573
517548846        SKO Brenner American,    PO Box 230,    Farmingdale, NY 11735-0230
517548847       +South Jersey Radiology,    158 Route 73,    Voorhees, NJ 08043-9539
517548848       +Springfield Financial,    601 NW Second Street,    Evansville, IN 47708-1013
517578747       +State of NJ Surcharge Violation,    PO Box 1502,    Moorestown, NJ 08057-9704
517548850        State of New Jersey,    Surcharge Violation System,    PO Box 1502,    Moorestown, NJ  08057-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 19 2019 02:10:40    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 19 2019 02:10:37    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517578738       E-mail/Text: bknotice@ercbpo.com Nov 19 2019 02:10:44    AT&T,    c/o ERC,    PO Box 23870,
                 Jacksonville, FL  32241-3870
517578737      +E-mail/Text: bkrpt@retrievalmasters.com Nov 19 2019 02:10:35
                 American Medical Collections Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
517639536      +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Nov 19 2019 02:11:05
                 Bridgecrest Credit Company, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
517548823       E-mail/Text: clientrep@capitalcollects.com Nov 19 2019 02:11:28    Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
517548824       E-mail/Text: cms-bk@cms-collect.com Nov 19 2019 02:10:03    Capital Management Services, LP,
                 698 1/2 S. Ogden St.,    Buffalo, NY 14206-2317
517548825       E-mail/Text: cms-bk@cms-collect.com Nov 19 2019 02:10:03    Capital Management Services, LP,
                 726 Exchange St. Ste 700,    Buffalo, NY 14210-1464,    Carmen M. Morina 14210-1464
517578739      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 19 2019 02:05:20    Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
517578740      +E-mail/Text: bankruptcy@sccompanies.com Nov 19 2019 02:09:09    Dr. Leonards/Carol Wright,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
517548836       E-mail/Text: bnc-bluestem@quantum3group.com Nov 19 2019 02:11:10    Fingerhut,
                 6250 Ridgewood Rd.,    St Cloud, MN 56303-0820
517578741      +E-mail/Text: bncnotices@becket-lee.com Nov 19 2019 02:09:37    Kohls Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0312-1          User: admin            Page 2 of 2          Date Rcvd: Nov 18, 2019
                             Form ID: 132            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517688839         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 19 2019 02:05:26
                  LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
                  FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517578743        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 02:10:36   Midland Credit Mgmt., Inc.,
                  2365 Northside Drive,   San Diego, CA 92108-2709
517692997        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 02:10:36   Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
517548843         E-mail/Text: bankruptcy@pseg.com Nov 19 2019 02:09:20     PSE&G,   PO Box 490,
                  Cranford, NJ 07016-0490
517804761        +E-mail/Text: bankruptcy@pseg.com Nov 19 2019 02:09:20     PSE&G,   Attn: Bankruptcy Dept.,
                  PO Box 490,   Cranford NJ 07016-0490
517578745        +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 02:03:38   Paypal Credit,   PO Box 5138,
                  Lutherville Timonium, MD 21094-5138
517578746        +E-mail/Text: admin@paypps.com Nov 19 2019 02:11:11   Professional Placement Services,
                  PO Box 612,   Milwaukee, WI 53201-0612
517548849         E-mail/PDF: cbp@onemainfinancial.com Nov 19 2019 02:03:25    Springleaf Financial,
                  PO Box 3251,   Evansville, IN 47731
517548817         E-mail/PDF: cbp@onemainfinancial.com Nov 19 2019 02:04:41    American General Finan,
                  1358 Hooper Ave,   Toms River, NJ 08753-2882
517734147        +E-mail/Text: bncmail@w-legal.com Nov 19 2019 02:10:48    SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                       TOTAL: 22

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

```
          Denise E. Carlon   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jane L. McDonald   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Mark W Ford   on behalf of Joint Debtor Theodore  Bullock markfordlaw@juno.com
          Mark W Ford   on behalf of Debtor Kimberly  Bullock markfordlaw@juno.com
          Rebecca Ann Solarz   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
           Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 8
```