| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><small>Caption in Compliance with D.N.J. LBR 9004-2(c)</small><br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811/856-456-8558 (Fax)<br>Attorney for the debtor | Order Filed on August 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Kimberly and Theodore Bullock | Case Number:    18-20422<br><br>Hearing Date:    8/4/2020 @ 10:00 Am.<br><br>Judge:    ABA<br><br>Chapter:    13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page is hereby ORDERED:

DATED: August 11, 2020

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1

This matter having come before the Court upon motion by Mark W. Ford, Esq., attorney for the debtor and the Court having considered the arguments of counsel and any opposition thereto; and for good cause shown;

IT IS ORDERED that the Wage Order for Johnson and Matthey Refinery is hereby terminated effective immediately.

Movant will promptly serve this order on the debtor's employer