| DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
|---|---|
| In Re:   Kimberly and Theodore Bullock | Case Number:   18-20422<br><br>Judge:   JNP<br><br>Chapter:   13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or CERTIFICATION OF DEFAULT TRUSTEE'S MOTION or XX CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one):**

1.     Motion for Relief from the Automatic Stay filed

By_____, creditor,

A hearing has been scheduled for     .

OR

Motion to Dismiss filed by the Chapter   Trustee.

A hearing has been scheduled for .

☐     Certification of Default filed by         . creditor,

I am requesting a hearing be scheduled on this matter.

OR

XX Certification of Default filed by Standing Chapter 13

Trustee I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

☒ We are going to be converting to a Chapter 7 Bankruptcy

This certification is being made in an effort to resolve the issues raised by the Trustee in its motion.

3. I certify under penalty of perjury that the foregoing is true and correct.

Date: 10/26/2020    /s/Theodore Bullock

Date: 10/26/2020    /s/ Kimberly Bullock

**Note:**

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**