Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–20422–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly Bullock
aka Kimberly J. Bullock
104 Snyder Avenue
Westville, NJ 08093

Theodore Bullock
aka Theodore F. Bullock III
104 Snyder Avenue
Westville, NJ 08093

Social Security No.:
  xxx–xx–3688                                          xxx–xx–4152

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             November 20, 2020
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*127* – Certification in Opposition to Trustee's Certification of Default (related document:126 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/9/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Mark W Ford on behalf of Kimberly Bullock, Theodore Bullock. (Ford, Mark)

and transact such other business as may properly come before the meeting.


Dated: October 28, 2020
JAN: kaj

                                                            Jeanne Naughton
                                                            Clerk