| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kimberly Bullock <br> First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–3688 <br> __–_____ |
| Debtor 2: <br> (Spouse, if filing) | Theodore Bullock <br> First Name   Middle Name   Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–4152 <br> __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    5/23/18 |
| Case number: | 18–20422–JNP | Date case converted to chapter: | 7    11/30/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly Bullock | Theodore Bullock |
| 2. | **All other names used in the last 8 years** | aka Kimberly J. Bullock | aka Theodore F. Bullock III |
| 3. | **Address** | 104 Snyder Avenue <br> Westville, NJ 08093 | 104 Snyder Avenue <br> Westville, NJ 08093 |
| 4. | **Debtor's attorney** <br> Name and address | Mark W Ford <br> Law Office of Mark W. Ford, LLC <br> P.O. Box 110 <br> 4 1/2 North Broadway <br> Gloucester City, NJ 08030 | Contact phone (856) 456–8811 <br> Email: markfordlaw@juno.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Douglas S. Stanger <br> Flaster/Greenberg <br> 646 Ocean Heights Avenue <br> Linwood, NJ 08221 | Contact phone (609) 645–1881 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 12/1/20 |
| **7. Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 4, 2021 at 11:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/5/21** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | | |
|---|---|---|
| **12. Exempt property** | | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-20422-JNP
Kimberly Bullock  Chapter 7
Theodore Bullock
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Dec 01, 2020     Form ID: 309A     Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly Bullock, Theodore Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 517548818 | | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 517548820 | + | ARS Account Resolution, 1643 Harrison Pkwy, Ste 1, Sunrise, FL 33323-2857 |
| 517548819 | + | ARS Account Resolution, PO Box 459079, Sunrise, FL 33345-9079 |
| 517548821 | + | Avon Products, 3930 N. Fifth Street, Philadelphia, PA 19140-3303 |
| 517583514 | + | Borough of National Park, PO Box 262, National Park, NJ 08063-0262 |
| 517548822 | + | Borough of National Park, 7 S. Grove Ave., National Park, NJ 08063-1599 |
| 517548827 | + | CBCS, 800 Main Street, Dubuque, IA 52001-6822 |
| 517578735 | + | Carrington Mortgage, c/o KML Law Group, 216 Haddon Avenue, Collingswood, NJ 08108-1120 |
| 517548826 | | Cty of Glouc, Wage Garnishment Unit, PO Box 376, Woodbury, NJ 08096-7376 |
| 517578736 | + | Deutsche Bank National Trust, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 517572650 | + | Deutsche Bank National Trust Company, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517548832 | + | ERC, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 517548828 | + | Elab Consulting Services, Inc., 5009 Roswell Road, Sandy Springs, GA 30342-2205 |
| 517548829 | | Elab Consulting Services, Inc., PO Box 161445, Atlanta, GA 30321-1445 |
| 517548830 | | Emerg Care Services of NJ, 3585 Ridge Park Dr., Fairlawn, OH 44333-8203 |
| 517548831 | | Emrg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517548833 | + | Evesham Veterinary Clinic, 800 Route 73 South, Marlton, NJ 08053-9649 |
| 517548835 | + | Financial Recoveries, 200 E. Park Dr., Ste 100, Mt. Laurel, NJ 08054-1297 |
| 517548834 | + | Financial Recoveries, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 517548838 | + | Geico Indemnity Company, One Geico Plaza, Bethesda MD 20811-0002 |
| 517548839 | | Giant Fitness, 880 Mantua Pike, PO Box 264, Taylor, PA 18517-0264 |
| 517578742 | + | Medtox Scientific, c/o Stevens Business Service, 92 Bolt Street, Suite 1, PO Box 1223, Lowell, MA 01853-1223 |
| 517578744 | + | Monarch Recovery Management, PO Box 986, Bensalem, PA 19020-0986 |
| 517876063 | + | NJSVS, Bankruptcy Unit, PO Box 136, Trenton, NJ 08666-0136 |
| 517645778 | + | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517548844 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 517547540 | + | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517548840 | + | Personal Service Insurance, 10000 Midlantic Drive, Suite 403 W, Mt. Laurel, NJ 08054-1534 |
| 517548841 | | Planet Fitness, 700 Crescent Blvd., Brooklawn, NJ 08030-2797 |
| 517548842 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517548845 | + | RA Pain Assoc., 15000 Midlantic Drive, Suite 102, Mount Laurel, NJ 08054-1573 |
| 517548846 | | SKO Brenner American, PO Box 230, Farmingdale, NY 11735-0230 |
| 517548847 | + | South Jersey Radiology, 158 Route 73, Voorhees, NJ 08043-9539 |
| 517548848 | + | Springfield Financial, 601 NW Second Street, Evansville, IN 47708-1013 |
| 517578747 | + | State of NJ Surcharge Violation, PO Box 1502, Moorestown, NJ 08057-9704 |
| 517548850 | | State of New Jersey, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: markfordlaw@juno.com | Dec 01 2020 23:54:00 | Mark W Ford, Law Office of Mark W. Ford, LLC, P.O. Box 110, 4 1/2 North Broadway, Gloucester City, NJ 08030 |

Case 18-20422-JNP    Doc 134    Filed 12/03/20    Entered 12/04/20 00:21:51    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 309A | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| tr | | + EDI: FDSSTANGER.COM | Dec 02 2020 02:38:00 | Douglas S. Stanger, Flaster/Greenberg, 646 Ocean Heights Avenue, Linwood, NJ 08221-1011 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 01 2020 23:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 01 2020 23:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517578738 | | Email/Text: bknotice@ercbpo.com | Dec 01 2020 23:57:00 | AT&T, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517578737 | | + EDI: RMCB.COM | Dec 02 2020 02:38:00 | American Medical Collections Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517639536 | | + EDI: DVTM.COM | Dec 02 2020 02:38:00 | Bridgecrest Credit Company, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 518132238 | | + EDI: LCIFULLSRV | Dec 02 2020 02:38:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517548823 | | Email/Text: clientrep@capitalcollects.com | Dec 01 2020 23:57:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517548824 | | Email/Text: cms-bk@cms-collect.com | Dec 01 2020 23:56:00 | Capital Management Services, LP, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 517548825 | | + Email/Text: cms-bk@cms-collect.com | Dec 01 2020 23:56:00 | Capital Management Services, LP, 726 Exchange St. Ste 700, Buffalo, NY 14210-1464, Carmen M. Morina 14210-1464 |
| 517739297 | | + Email/Text: BKBCNMAIL@carringtonms.com | Dec 01 2020 23:55:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517578739 | | + Email/PDF: creditonebknotifications@resurgent.com | Dec 02 2020 00:17:01 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517578740 | | + EDI: CBSAMERIMARK | Dec 02 2020 02:38:00 | Dr. Leonards/Carol Wright, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 517548836 | | EDI: BLUESTEM | Dec 02 2020 02:38:00 | Fingerhut, 6250 Ridgewood Rd., St Cloud, MN 56303-0820 |
| 517548837 | | + EDI: AMINFOFP.COM | Dec 02 2020 02:38:00 | First Premiere Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 517578741 | | + Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2020 23:55:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517688839 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2020 00:15:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517578743 | | + EDI: MID8.COM | Dec 02 2020 02:38:00 | Midland Credit Mgmt., Inc., 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517692997 | | + EDI: MID8.COM | Dec 02 2020 02:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517804761 | | + Email/Text: bankruptcy@pseg.com | Dec 01 2020 23:55:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517548843 | | Email/Text: bankruptcy@pseg.com | Dec 01 2020 23:55:00 | PSE&G, PO Box 490, Cranford, NJ 07016-0490 |
| 517578745 | | + EDI: RMSC.COM | Dec 02 2020 02:38:00 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517578746 | | + Email/Text: admin@paypps.com | Dec 01 2020 23:57:00 | Professional Placement Services, PO Box 612, Milwaukee, WI 53201-0612 |
| 517548817 | | EDI: AGFINANCE.COM | Dec 02 2020 02:38:00 | American General Finan, 1358 Hooper Ave, Toms River, NJ 08753-2882 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: 309A | Total Noticed: 64 |

| 517548849 | EDI: AGFINANCE.COM | Dec 02 2020 02:38:00 | Springleaf Financial, PO Box 3251, Evansville, IN 47731 |
| 517734147 | + Email/Text: bncmail@w-legal.com | Dec 01 2020 23:57:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020     Signature:     /s/Joseph Speetjens