Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−20422−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly Bullock                                             Theodore Bullock
   aka Kimberly J. Bullock                                      aka Theodore F. Bullock III
   104 Snyder Avenue                                            104 Snyder Avenue
   Westville, NJ 08093                                          Westville, NJ 08093

Social Security No.:
   xxx−xx−3688                                                  xxx−xx−4152

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑  Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑  Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐  Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐  Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐  Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐  Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐  An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 16, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 18-20422-JNP
Kimberly Bullock                                                                         Chapter 7
Theodore Bullock
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Apr 16, 2021    Form ID: cscnodsc    Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly Bullock, Theodore Bullock, 104 Snyder Avenue, Westville, NJ 08093-1259 |
| 517548818 | | AR Resources, Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 517548820 | + | ARS Account Resolution, 1643 Harrison Pkwy, Ste 1, Sunrise, FL 33323-2857 |
| 517548819 | + | ARS Account Resolution, PO Box 459079, Sunrise, FL 33345-9079 |
| 517548821 | + | Avon Products, 3930 N. Fifth Street, Philadelphia, PA 19140-3303 |
| 517583514 | + | Borough of National Park, PO Box 262, National Park, NJ 08063-0262 |
| 517548822 | + | Borough of National Park, 7 S. Grove Ave., National Park, NJ 08063-1599 |
| 517548827 | + | CBCS, 800 Main Street, Dubuque, IA 52001-6822 |
| 517578735 | + | Carrington Mortgage, c/o KML Law Group, 216 Haddon Avenue, Collingswood, NJ 08108-1120 |
| 517548826 | | Cty of Glouc, Wage Garnishment Unit, PO Box 376, Woodbury, NJ 08096-7376 |
| 517578736 | + | Deutsche Bank National Trust, 1761 East Saint Andrew Place, Santa Ana, CA 92705-4934 |
| 517572650 | + | Deutsche Bank National Trust Company, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517548832 | + | ERC, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 517548828 | + | Elab Consulting Services, Inc., 5009 Roswell Road, Sandy Springs, GA 30342-2205 |
| 517548829 | | Elab Consulting Services, Inc., PO Box 161445, Atlanta, GA 30321-1445 |
| 517548830 | | Emerg Care Services of NJ, 3585 Ridge Park Dr., Fairlawn, OH 44333-8203 |
| 517548831 | | Emrg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517548833 | + | Evesham Veterinary Clinic, 800 Route 73 South, Marlton, NJ 08053-9649 |
| 517548835 | + | Financial Recoveries, 200 E. Park Dr., Ste 100, Mt. Laurel, NJ 08054-1297 |
| 517548834 | + | Financial Recoveries, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 517548837 | + | First Premiere Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 517548838 | + | Geico Indemnity Company, One Geico Plaza, Bethesda MD 20811-0002 |
| 517548839 | | Giant Fitness, 880 Mantua Pike, PO Box 264, Taylor, PA 18517-0264 |
| 517578742 | + | Medtox Scientific, c/o Stevens Business Service, 92 Bolt Street, Suite 1, PO Box 1223, Lowell, MA 01853-1223 |
| 517578744 | + | Monarch Recovery Management, PO Box 986, Bensalem, PA 19020-0986 |
| 517876063 | + | NJSVS, Bankruptcy Unit, PO Box 136, Trenton, NJ 08666-0136 |
| 517645778 | + | New Century Financial Services, Inc., c/o Pressler, Felt & Warshaw,LLP., 7 Entin Road, Parsippany NJ 07054-5020 |
| 517548844 | | PSE&G, PO Box 1444, New Brunswick, NJ 08903-1444 |
| 517547540 | + | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 517548840 | + | Personal Service Insurance, 10000 Midlantic Drive, Suite 403 W, Mt. Laurel, NJ 08054-1534 |
| 517548841 | | Planet Fitness, 700 Crescent Blvd., Brooklawn, NJ 08030-2797 |
| 517548842 | + | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517548845 | + | RA Pain Assoc., 15000 Midlantic Drive, Suite 102, Mount Laurel, NJ 08054-1573 |
| 517548846 | | SKO Brenner American, PO Box 230, Farmingdale, NY 11735-0230 |
| 517548847 | + | South Jersey Radiology, 158 Route 73, Voorhees, NJ 08043-9539 |
| 517548848 | + | Springfield Financial, 601 NW Second Street, Evansville, IN 47708-1013 |
| 517578747 | + | State of NJ Surcharge Violation, PO Box 1502, Moorestown, NJ 08057-9704 |
| 517548850 | | State of New Jersey, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Apr 16 2021 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 18-20422-JNP    Doc 143    Filed 04/18/21    Entered 04/19/21 00:21:00    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: cscnodsc | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 16 2021 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517578738 | | Email/Text: bknotice@ercbpo.com | Apr 16 2021 21:01:00 | AT&T, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 517578737 | + | Email/Text: bkrpt@retrievalmasters.com | Apr 16 2021 21:01:00 | American Medical Collections Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 517639536 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Apr 16 2021 21:01:00 | Bridgecrest Credit Company, LLC, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 518132238 | + | Email/Text: documentfiling@lciinc.com | Apr 16 2021 20:59:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517548823 | | Email/Text: clientrep@capitalcollects.com | Apr 16 2021 21:02:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517548824 | | Email/Text: cms-bk@cms-collect.com | Apr 16 2021 21:00:00 | Capital Management Services, LP, 698 1/2 S. Ogden St., Buffalo, NY 14206-2317 |
| 517548825 | + | Email/Text: cms-bk@cms-collect.com | Apr 16 2021 21:00:00 | Capital Management Services, LP, 726 Exchange St. Ste 700, Buffalo, NY 14210-1464, Carmen M. Morina 14210-1464 |
| 517739297 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2021 20:59:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517578739 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2021 22:00:07 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517578740 | + | Email/Text: bankruptcy@sccompanies.com | Apr 16 2021 20:58:00 | Dr. Leonards/Carol Wright, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 517548836 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 16 2021 21:01:00 | Fingerhut, 6250 Ridgewood Rd., St Cloud, MN 56303-0820 |
| 517578741 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 16 2021 20:59:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517688839 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2021 22:03:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517578743 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2021 21:01:00 | Midland Credit Mgmt., Inc., 2365 Northside Drive, San Diego, CA 92108-2709 |
| 517692997 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2021 21:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517804761 | + | Email/Text: bankruptcy@pseg.com | Apr 16 2021 20:59:00 | PSE&G, Attn: Bankruptcy Dept., PO Box 490, Cranford NJ 07016-0490 |
| 517548843 | | Email/Text: bankruptcy@pseg.com | Apr 16 2021 20:59:00 | PSE&G, PO Box 490, Cranford, NJ 07016-0490 |
| 517578745 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 16 2021 21:56:28 | Paypal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 517578746 | + | Email/Text: admin@paypps.com | Apr 16 2021 21:01:00 | Professional Placement Services, PO Box 612, Milwaukee, WI 53201-0612 |
| 517548849 | | Email/PDF: cbp@onemainfinancial.com | Apr 16 2021 21:59:14 | Springleaf Financial, PO Box 3251, Evansville, IN 47731 |
| 517548817 | | Email/PDF: cbp@onemainfinancial.com | Apr 16 2021 21:56:20 | American General Finan, 1358 Hooper Ave, Toms River, NJ 08753-2882 |
| 517734147 | + | Email/Text: bncmail@w-legal.com | Apr 16 2021 21:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Mark W Ford | on behalf of Joint Debtor Theodore Bullock markfordlaw@juno.com reginaperfetti1@gmail.com |
| Mark W Ford | on behalf of Debtor Kimberly Bullock markfordlaw@juno.com reginaperfetti1@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8